SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>            Plaintiff,<br><br>     vs.<br><br>Burger Rehabilitation Systems, Inc., et al<br><br>            Defendants | Case No. **2:10-cv-01135-GEB-EFB**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL AUGUST 12, 2010 FOR DEFENDANTS BURGER REHABILITATION SYSTEMS, INC. INDIVIDUALLY AND D/B/A BURGER PHYSICAL THERAPY AND REHABILITATION AGENCY, INC.; BURGER PHYSICAL THERAPY AND REHABILITATION AGENCY, INC. INDIVIDUALLY AND D/B/A BURGER PHYSICAL THERAPY AND REHABILITATION AGENCY, INC.; CAROL K. BURGER INDIVIDUALLY AND AS TRUSTEE OF THE CAROL K. BURGER REVOCABLE TRUST TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Burger Rehabilitation Systems, Inc. Individually and d/b/a Burger Physical Therapy and Rehabilitation Agency, Inc.; Burger Physical Therapy and

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

Rehabilitation Agency, Inc. Individually and d/b/a Burger Physical Therapy and Rehabilitation Agency, Inc.; Carol K. Burger Individually and as Trustee of the Carol K. Burger Revocable Trust, by and through, Scott N. Johnson; Burger Rehabilitation Systems, Inc. Individually and d/b/a Burger Physical Therapy and Rehabilitation Agency, Inc.; Burger Physical Therapy and Rehabilitation Agency, Inc. Individually and d/b/a Burger Physical Therapy and Rehabilitation Agency, Inc.; Carol K. Burger Individually and as Trustee of the Carol K. Burger Revocable Trust, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Burger Rehabilitation Systems, Inc. Individually and d/b/a Burger Physical Therapy and Rehabilitation Agency, Inc.; Burger Physical Therapy and Rehabilitation Agency, Inc. Individually and d/b/a Burger Physical Therapy and Rehabilitation Agency, Inc.; Carol K. Burger Individually and as Trustee of the Carol K. Burger Revocable Trust until July 13, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Burger Rehabilitation Systems, Inc. Individually and d/b/a Burger Physical Therapy and Rehabilitation Agency, Inc.; Burger Physical Therapy and Rehabilitation Agency, Inc. Individually and d/b/a Burger Physical Therapy and Rehabilitation Agency, Inc.; Carol K. Burger Individually and as Trustee of the Carol K. Burger Revocable Trust are granted an extension until August 12, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Burger Rehabilitation Systems, Inc. Individually and d/b/a Burger Physical Therapy and Rehabilitation Agency, Inc.; Burger Physical Therapy and Rehabilitation Agency, Inc. Individually and d/b/a Burger Physical Therapy and Rehabilitation Agency, Inc.; Carol K. Burger Individually and as Trustee of the Carol K. Burger Revocable Trust response will be due no later than August 12, 2010.

IT IS SO STIPULATED effective as of July 13, 2010

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

```
Dated:   July 13, 2010              By: /s/Carol K. Burger__
                                    Burger Rehabilitation
                                    Systems, Inc.
                                    Individually and d/b/a
                                    Burger Physical Therapy
                                    and Rehabilitation
                                    Agency, Inc.


Dated:   July 13, 2010              By: /s/Carol K. Burger__
                                    Burger Physical Therapy
                                    and Rehabilitation
                                    Agency, Inc.
                                    Individually and d/b/a
                                    Burger Physical Therapy
                                    and Rehabilitation
                                    Agency, Inc.


Dated:   July 13, 2010              /s/Carol K. Burger__ ___
                                    Carol K. Burger,
                                    Individually and as
                                    Trustee of the Carol K.
                                    Burger Revocable Trust
```

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 4

```
Dated:  July 13, 2010                /s/Scott N. Johnson  ____

                                     Scott N. Johnson,

                                     Attorney   for   Plaintiff
```

**IT IS SO ORDERED:** that Defendants Burger Rehabilitation Systems, Inc. Individually and d/b/a Burger Physical Therapy and Rehabilitation Agency, Inc.; Burger Physical Therapy and Rehabilitation Agency, Inc. Individually and d/b/a Burger Physical Therapy and Rehabilitation Agency, Inc.; Carol K. Burger Individually and as Trustee of the Carol K. Burger Revocable Trust shall have until August 12, 2010 to respond to complaint.

7/15/10

```
                                     _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge
```