SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Burger Rehabilitation Systems, Inc., et al,<br><br>　　　　Defendants | Case No. **2:10-cv-01135-GEB-EFB**<br><br>**PLAINTIFF'S REQUEST AND PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: August 23, 2010<br>Time: 9:00 am<br>Courtroom: 10 |

　　　Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from August 23, 2010 to September 20, 2010. Plaintiff filed a Stipulation and Proposed Order on July 13, 2010 granting Defendants an extension of time to respond to the complaint until August 12, 2010. A continuance to September 20, 2010 for the status conference

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS

CONFERENCE

CIV: S-10-cv-01135-GEB-EFB - 1

will give the Defendants time to file a response to Plaintiff's complaint and for Plaintiff and Defendants to engage in settlement discussions

Dated:  August 4, 2010          /s/Scott N. Johnson
                                Scott N. Johnson,
                                Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the status conference continued from August 23, 2010 to September 20, 2010, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the status hearing.

Date: 8/5/10

GARLAND E. BURRELL, JR.
United States District Judge

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-10-cv-01135-GEB-EFB - 2