IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>Burger Rehabilitation Systems, Inc., Individually and d/b/a Burger Physical Therapy and Rehabilitation Agency, Inc.; Burger Physical Therapy and Rehabilitation Agency, Inc., Individually and d/b/a Burger Physical Therapy and Rehabilitation Agency, Inc.; Carol K. Burger, Individually and as Trustee of the Carol K. Burger Revocable Trust,<br><br>        Defendants.<br>_____ | 2:10-cv-01135-GEB-EFB<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

        Plaintiff filed a Notice of Settlement on August 18, 2010, in which he states "the parties have settled this action. Dispositional documents will be filed within (30) calendar days." (Doc. No. 13.)

        Therefore, a dispositional document shall be filed no later than September 17, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

1  The Status Conference scheduled for September 20, 2010, will
2  remain on calendar in the event no dispositional document is filed, or
3  if this action is not otherwise dismissed. The parties shall file a
4  joint status report no later than fourteen (14) days prior to the status
5  conference, in which they need only address the status of settlement.
6  IT IS SO ORDERED.

Dated:  August 19, 2010

GARLAND E. BURRELL, JR.
United States District Judge